# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3291
_____

S.B., Mother of S.F.B,
B-O.W.M.T., J.N.B, A.S.A.B,
E.Y-T.A.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark Jr., Judge.

September 12, 2022

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and B.L. THOMAS and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jason A. Cobb, DeFuniak Springs, for Appellant.

Sarah Todd Weitz and Sara Goldfarb, Guardian ad Litem Office, Tallahassee; Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Sarah J. Rumph, Children's Legal Services, Tallahassee for Appellee.